# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Matthew Leonard Zettervall )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Zachary Piper Solutions )<br>)<br>Defendant. ) | Civil Action No. 1:23-cv-00206 |

## **JUDGMENT**

Pursuant to the order of this Court entered on 05/05/2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendant Zachary Piper Solutions.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
J. Lanham
Deputy Clerk

Dated: 05/05/2023
Alexandria, Virginia